UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

In Re: Dial Complete Marketing and
Sales Practices Litigation

                              Case No. 11-md-2263-SM
                              ALL CASES

## ORDER

Unless requesting emergency relief, the parties shall refrain from filing additional pleadings in the lead or member MDL cases until the court issues Case Management Order No. 1 or otherwise requests party submissions. All non-emergency pleadings filed in violation of this order shall be stricken by the clerk's office without further order of the court.

SO ORDERED.

September 2, 2011

                                                  _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:     All Counsel of Record