UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>In Re:  Dial Complete Marketing and</u>
<u>Sales Practices Litigation</u>

                                      Case No. 11-md-2263-SM
                                      ALL CASES


<u>O R D E R</u>


      Unless requesting emergency relief, the parties shall refrain from filing additional pleadings in the lead or member MDL cases until the court issues Case Management Order No. 1 or otherwise requests party submissions.  All non-emergency pleadings filed in violation of this order shall be stricken by the clerk's office without further order of the court.

      SO ORDERED.


September 2, 2011
                                                     Steven J. McAuliffe
                                                       Chief Judge


cc:     All Counsel of Record