UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| IN RE: DIAL COMPLETE MARKETING AND SALES LITIGATION | MDL Docket No. 11-md-2263-SM ALL CASES |
|---|---|

O R D E R

Upon carefully reviewing the competing motions for appointment of interim case leadership, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1.   The Majority Plaintiffs Group's Motion is GRANTED.

2.   The Court appoints the following Plaintiffs' Steering Committee, under the leadership of Lucy J. Karl, to lead this action on behalf of all plaintiffs and other proposed class members in *In Re Dial Complete Marketing and Sales Litigation*, MDL Docket No. 11-md-2263-SM (D. N.H.):  (a) Interim Lead Counsel:  Lucy J. Karl; (b) Executive Subcommittee:  Richard J. Arsenault, John R. Climaco, Eric D. Holland, Adam J. Levitt, and Charles E. Schaffer; and (c) Steering Committee:  Daniel E. Becnel, Jr., Jordan L. Chaikin, Christopher M. Ellis, David C. Rash, and James C. Shah.

THUS DONE AND SIGNED this 10th day of November, 2011.

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
U.S. District Court Judge